FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2005 DEC -6 PM 4:48

LORETTA G. WHYTE
CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

| | |
|---|---|
| ERIC LOUIS BLOUNT | CIVIL ACTION |
| VERSUS | NO. 05-0580 |
| RODNEY JACK STRAIN, JR., <u>ET</u> <u>AL</u> | SECTION "A"(5) |

## REPORT AND RECOMMENDATION

Plaintiff, Eric Louis Blount, filed the instant <u>pro</u> <u>se</u> and <u>in</u> <u>forma</u> <u>pauperis</u> 42 U.S.C. §1983 action complaining about the conditions of his confinement in the St. Tammany Parish Jail.[1] Plaintiff has named as defendants St. Tammany Parish Sheriff Rodney Jack Strain, Jr., St. Tammany Parish Deputy McGuire, Doctors Campbell and Bhatt, and St. Tammany Parish Jail Warden Marlin Peachy.[2] This matter is before the court pursuant to a motion to dismiss (rec. doc. 30) filed on behalf of defendants Strain, Peachy, and McGuire.[3] In response to defendants' motion, this court issued an order (rec. doc. 33) directing plaintiff to file his opposition to defendants' motion. Plaintiff, however, submitted a pleading (rec. doc. 35) apologizing for his "non-compliance" with the court's

---

[1] Plaintiff, since the filing of this action, has been released from custody.

[2] Warden Peachy was named as a defendant in a supplemental complaint (rec. doc. 5).

[3] The motion was also filed on behalf of the St. Tammany Parish Jail, a "non-entity" which was also purportedly named as a party defendant.

___ Fee_____
___ Process_____
_X_ Dktd_____
___ CtRmDep_____
___ Doc. No_____

order and requesting "a motion to dismiss without prejudice", explaining that as a result of "legal and financial problems", along with health concerns, he did not desire to pursue this matter.

Accordingly;

## RECOMMENDATION

It is **HEREBY RECOMMENDED** that plaintiff's motion to dismiss the instant action without prejudice be **GRANTED.**

It is **FURTHER RECOMMENDED** that the motion to dismiss filed on behalf of the following defendants, Sheriff Strain, Warden Peachy, and Deputy McGuire, along with purported defendant, the "St. Tammany Parish Jail", be **DENIED** as moot.

A party's failure to file written objections to the proposed findings, conclusions, and recommendation in a magistrate judge's report and recommendation within ten (10) days after being served with a copy shall bar that party, except upon grounds of plain error, from attacking on appeal the unobjected-to proposed factual findings and legal conclusions accepted by the district court, provided that the party has been served with notice that such consequences will result from a failure to object. Douglass v. United Services Auto. Ass'n, 79 F.3d 1415, 1430 (5th Cir. 1996) (en banc).

New Orleans, Louisiana, this 2nd day of Dec , 2005.

*[signature]*
ALMA L. CHASEZ
UNITED STATES MAGISTRATE JUDGE