FILED
U.S. DISTRICT COURT
EASTERN DISTRICT OF LA

2006 JAN 18  PM 1: 26

LORETTA G. WHYTE
      CLERK

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF LOUISIANA

ERIC LOUIS BLOUNT                                                 CIVIL ACTION

VERSUS                                                                      NO. 05-0580

RODNEY JACK STRAIN, JR., ET AL                            SECTION "A" (5)

## ORDER

The Court, having considered the complaint, the record, the applicable law, the Report and Recommendation of the United States Magistrate Judge, and the failure of any party to file an objection to the Magistrate Judge's Report and Recommendation, hereby approves the Report and Recommendation of the United States Magistrate Judge and adopts it as its opinion in this matter. Therefore,

**IT IS HEREBY ORDERED** that plaintiff's motion to dismiss the instant action without prejudice is **GRANTED**.

**IT IS FURTHER ORDERED** that the motion to dismiss filed on behalf of defendants, Sheriff Strain, Warden Peachy, and Deputy McGuire, along with purported defendant, the "St. Tammany Parish Jail", is **DENIED** as moot.

New Orleans, Louisiana, this 13th day of January, 2006.

_____
UNITED STATES DISTRICT JUDGE